```
McGREGOR W. SCOTT
United States Attorney
R. STEVEN LAPHAM
KENNETH J. MELIKIAN
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  916-554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. S-02-055 DFL |
|     Plaintiff, ) | MOTION AND ORDER |
|   v. ) | DISMISSING INDICTMENT |
| TERESA LAVELL WILLIAMS, ) | |
|     Defendant. ) | |

The United States of America, by and through its undersigned attorney, Kenneth J. Melikian, Assistant United States Attorney, respectfully requests that this Court dismiss the above-captioned Indictment, without prejudice, against defendant TERESA LAVELL WILLIAMS.

This motion is made pursuant to the provisions of Rule 48(a) of the Federal Rules of Criminal Procedure.

```
DATED: April 13, 1005                McGREGOR W. SCOTT
                                     United States Attorney

                                     /s/ Kenneth J. Melikian

                                     By
                                       KENNETH J. MELIKIAN
                                     Assistant U.S. Attorney
```

1

O R D E R

IT IS ORDRED THAT the above-captioned Indictment be and is hereby dismissed, without prejudice, against TERESA LAVELL WILLIAMS.

DATED: 4/14/2005

_____
DAVID F. LEVI
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3